United States District Court
Southern District of Texas
**ENTERED**
January 06, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Johnny Vasquez | § | |
| | § | |
| *versus* | § | Civil Action 4:19−cv−04272 |
| | § | |
| The Lincoln National Life Insurance Company | § | |

# Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on January 6, 2020, at Houston, Texas.

Nancy F. Atlas
United States District Judge