**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Johnny Vasquez | § | |
| | § | |
| *versus* | § | Civil Action 4:19−cv−04272 |
| | § | |
| The Lincoln National Life Insurance Company | § | |

# Notice of Reassignment

This case is reassigned to Judge George C Hanks Jr.

Entered: January 7, 2020 David J. Bradley, Clerk