**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Johnny Vasquez

v. Case Number: 4:19−cv−04272

The Lincoln National Life Insurance Company

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:** Courtroom 600 in Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/12/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: January 23, 2020

David J. Bradley, Clerk