**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Johnny Vasquez

v. Case Number: 4:19−cv−04272

The Lincoln National Life Insurance Company

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/12/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

RE: Notice of Setting − #13

---

Date: January 27, 2020 David J. Bradley, Clerk