**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Johnny Vasquez | § | |
| | § | |
| *versus* | § | Case Number: 4:19−cv−04272 |
| | § | |
| The Lincoln National Life Insurance Company | § | |

# Notice of Cancellation

The Initial Conference set for 3/12/2020 is CANCELLED.

Date: March 6, 2020

David J. Bradley, Clerk