United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Johnny Vasquez, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION 4:19−cv−04272 |
| | § | |
| The Lincoln National Life Insurance Company, | § | |
| | § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **April 6, 2020** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 6th of March 2020.

George C. Hanks, Jr.
United States District Judge